UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ SINGH, | Case No. 2:24-cv-2455-KJM-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| CITY OF ELK GROVE, et al., | |
| Defendants. | |

On October 18, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Findings & Recommendations, ECF No. 3. Plaintiff filed objections on October 29, 2024, and they were considered by the undersigned. Obj., ECF No. 4.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 18, 2024, are adopted;

2. Plaintiff's complaint, ECF No. 1, is dismissed without leave to amend for lack of subject matter jurisdiction; and

3. The Clerk of Court is directed to close this case.

This order resolves ECF No. 1.

DATED: January 2, 2025.

_____
UNITED STATES DISTRICT JUDGE